IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YVONNE DOCKERY                                                                          PLAINTIFF

v.                                  Case No. 4:10-CV-04070

MILLER COUNTY SHERIFF'S DEPARTMENT ET AL                          DEFENDANTS

**O R D E R**

On this 19th day of October, 2011, there comes on for consideration the Supplemental Report and Recommendations (Doc. 31) filed in this case on September 12, 2011, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's Objections (Doc. 32) to the Report and Recommendations.[1]

The court has reviewed this case and, being well and sufficiently advised, finds as follows: Plaintiff's objections consist largely of baseless allegations, allegations that have already been argued and addressed, and what seems to be a veiled threat directed towards the Court. The Magistrate Judge's Report and Recommendations is well-reasoned and thorough. Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendations. For the above-stated reasons, the Court finds that the Supplemental Report and Recommendations is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.

Also before the Court is a Report and Recommendations (Doc. 11), which had been previously filed in this case on March 14, 2011 by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas, as well as Plaintiff's Objections (Doc. 14).

---

[1] The Court notes that Plaintiff attempted to include, in her objections, a notice of appeal. The Court directs Plaintiff that any intended notice of appeal will need to be re-filed as a separate pleading setting forth the specific order being appealed after entry of this final order.

The Court has likewise reviewed this earlier Report and Recommendations and Plaintiff's objections and, being well and sufficiently advised, finds that the Report and Recommendations is proper and should be and hereby is likewise **ADOPTED** to the extent that it resolves any issues not covered by the Supplemental Report and Recommendations.

Accordingly, for the reasons stated herein and in the Magistrate Judges' Reports and Recommendations, Plaintiff's Complaint (Doc. 1) and Supplement to the Complaint (Doc. 17), including all aspects of the Supplement to her Amended Motion to Amend (Doc. 15), are **DISMISSED** in their entirety for failure to state a claim upon which relief can be granted. This matter is, therefore, **DISMISSED IN ITS ENTIRETY.**

IT IS FURTHER ORDERED that Defendant Talley's Motion to Dismiss (Doc. 19) is **GRANTED** in its entirety.

IT IS FURTHER ORDERED that any and all other pending motions in this case are **DENIED AS MOOT**. To the extent that Plaintiff attempts to raise any new motions in her Objections (Doc. 32) to the Supplemental Report and Recommendations, those motions are likewise DENIED.

IT IS SO ORDERED this 19th day of October, 2011.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE